**LAUREN DI CHIARA**
Attorney-at-Law

52 Duane Street, 7th Floor
New York, NY 10007

Tel: (516) 695 – 6801                                            Email: laurendichiara.law@gmail.com
                                                                  Admitted in SDNY, EDNY, USSC, NY & CT

**Via ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                                                                                November 22, 2024

      **Re:**    United States v. Marlon Mackey
                  24-CR-230(LAK)

Dear Judge Kaplan:

     I represent Mr. Mackey in the above referenced matter. In addition to the sentencing submission filed on Mr. Mackey's behalf on November 12, 2024, please accept this one additional supplemental letter by Mr. Mackey's daughter, submitted for Your Honor's consideration as Exhibit F.

                                                                  Respectfully submitted,

                                                                  /s/ Lauren Di Chiara

cc:     All Parties via Email