# EXHIBIT F

**Dear Honorable Judge Lewis A. Kaplan,**

I hope this letter finds you well. My name is Chloe Hutchinson, and I am Marlon Mackey's 25-year-old daughter. While I am not his biological daughter, he is the man who chose to raise me from the time I was 6 years old. I want to acknowledge that I fully understand that my father made mistakes, and I do not condone his actions. However, as a parent, he has always raised me to be honest and to take responsibility for my actions—values he instilled in me, and which have guided me as I raise my own children, ▇ (6 years old) and ▇ (4 years old).

I recognize the difficulty and weight of your position, knowing that you must consider all factors carefully before making a decision. I understand that my father's actions are serious, but I want to share with you how his presence has been a source of stability and support for me and my family. My son, ▇, has only known him as a father figure, and I can't imagine the devastating impact losing that constant male presence would have on him.

As a single mother, I also face ▇. I suffer from ▇ As a result, I rely heavily on my parents, particularly my father, for support. At 25, ▇ I have had to move back in with them. My father is the one who helps care for my children, teaching them

valuable lessons about life and helping them grow into young men. My mom and I cannot provide the same guidance for them, especially when it comes to raising them as men. My father also takes them to their swimming and soccer lessons and spends quality time with them. ███ and ███ are deeply attached to him.

I know that my father regrets the actions that led him to this situation, and he is determined to make things right. While I am disappointed in him, I also believe in his ability to change and grow. My parents have always taught me that people make mistakes, and that holding on to grudges only causes more pain. I love my father unconditionally, and while trust has been broken, he is working tirelessly to rebuild it, both with me and with my mother.

I am writing to respectfully ask for leniency in your decision, as I know that my father is deeply remorseful and willing to work toward redemption. I believe that he deserves the opportunity to prove that he can change and continue to be a positive influence in our lives.

Thank you for taking the time to read this letter and for considering my request.

Sincerely,
Chloe Hutchinson