UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

     v.

MARLON MACKEY,

                Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED
COMPENSATION PLAN,

                Third-Party Respondent.

No. 24 CR 230 (LAK)

**TURNOVER ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-26

WHEREAS, on November 26, 2024, the Court entered judgment against MARLON MACKEY and ordered him to pay $25,000 in restitution to the victim of his crime;

WHEREAS, as of April 10, 2026, Mackey has not made any restitution payments, and his unpaid balance, including interest accrued at the rate of 4.24%, is $26,408.33 plus $2.90 per diem thereafter;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Mackey, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the City of New York Deferred Compensation Plan ("NYCDCP") for substantial nonexempt property belonging or due to Mackey;

WHEREAS, on October 12, 2025, NYCDCP answered that it holds approximately $29,652, subject to market fluctuation, in a 457 Plan account belonging to Mackey;

WHEREAS the United States served Mackey with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

WHEREAS Mackey has a substantial nonexempt interest in the funds held by NYCDCP, to which the criminal judgment lien has attached, and the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that NYCDCP shall liquidate securities as needed to pay to the Clerk of Court the sum certain amount of $26,410 from the nonexempt 457 Plan account it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, MARLON MACKEY. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (affirming garnishment of retirement funds, holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 230" written on the face of the payment and mailed to:

The Clerk shall terminate (DKT 39).

United States District Court
500 Pearl Street, Room 120
New York, New York 10007
Attn: Cashier

Dated: New York, New York
        4/27         , 2026

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE